GENNADIY FEST, Appellant, v DIANE AGNEW et al., Defendants, and SERGEY BARBASHOV, Respondent. [890 NYS2d 357]—

The defendant Sergey Barbashov established his prima facie entitlement to judgment as a matter of law by submitting evidence, including the plaintiff's deposition testimony and the affirmation of Barbashov's retained examining orthopedist, that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) (*see Charley v Goss*, 12 NY3d 750 [2009]; *Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]; *Luckey v Bauch*, 17 AD3d 411 [2005]; *Sims v Megaris*, 15 AD3d 468 [2005]; *Check v Gacevk*, 14 AD3d 586 [2005]; *Paul v Trerotola*, 11 AD3d 441 [2004]; *Mastaccioula v Sciarra*, 11 AD3d 434 [2004]). In opposition, the plaintiff failed to raise a triable issue of fact. Rivera, J.P., Covello, Angiolillo, Leventhal and Roman, JJ., concur.